**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____  Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **American Tank Company, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **72-1104805** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **301 Northwest Bypass Road**<br>**New Iberia, LA 70560**<br><u>Number, Street, City, State & ZIP Code</u> | **P.O. Box 9765**<br>**New Iberia, LA 70562-9765**<br><u>P.O. Box, Number, Street, City, State & ZIP Code</u> |
| | | **Iberia**<br><u>County</u> | **Location of principal assets, if different from principal place of business** |
| | | | <u>Number, Street, City, State & ZIP Code</u> |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in**
**this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**
**have possession of any**
**real property or personal**
**property that needs**
**immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**█  Statistical and administrative information**

**13. Debtor's estimation of**
**available funds**

.  *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**
**creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 5, 2017**
              MM / DD / YYYY

**X** **/s/ Larry J. Romero**            **Larry J. Romero**
    Signature of authorized representative of debtor            Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ William C. Vidrine**            Date  **September 5, 2017**
    Signature of attorney for debtor                 MM / DD / YYYY

**William C. Vidrine**
Printed name

**Vidrine & Vidrine, PLLC**
Firm name

**711 W Pinhook**
**Lafayette, LA 70503**
Number, Street, City, State & ZIP Code

Contact phone  **3372335195**      Email address  **williamv@vidrinelaw.com**

**21398**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **American Tank Company, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **September 5, 2017** | X /s/ Larry J. Romero |
| | | Signature of individual signing on behalf of debtor |
| | | **Larry J. Romero** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **American Tank Company, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advantage Staffing P.O.Box 277534 Atlanta, GA 30384-7534 | | | | | | $28,988.14 |
| Arkansas Department of Rev. P.O. Box 1272 Little Rock, AR 72203 | | | | | | $23,985.30 |
| Boudreaux,. Henderson & CO POB 12108 New Iberia, LA 70562 | | | | | | $26,016.76 |
| Cardmember Service P.O. Box 790408 St. Louis, MO 63179-0408 | | | | | | $28,922.37 |
| Cenla Coatings LLC POB 406 Dupont, LA 71329 | | | | | | $22,000.00 |
| Curtis Steel Company, LLC POB 4346 Dept. 574 Houston, TX 77210 | | | | | | $47,910.40 |
| Gulf States Engineering Co. Inc. 17961 Painters Row Covington, LA 70435 | | | | | | $30,336.58 |
| Kelley Consruction, Inc. 12550 Lake Station Place Louisville, KY 40299 | | | | | | $120,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| L.F. Manufactoring, Inc. POB 4458 Dept. 109 Houston, TX 77210 | | | | | | $37,287.00 |
| Louisiana Department Of Revenue P.O. Box 4969 Baton Rouge, LA 70821-4936 | | | | | | $62,987.80 |
| Max Advance, LLC 4208 18th Avenue Brooklyn, NY 11218 | | | | | | $37,549.87 |
| Midsouth Bank 102 Versailles Blvd Lafayette, LA 70501 | | Receibables | | $300,000.00 | $0.00 | $300,000.00 |
| Quarterspot, Inc. 2751 Prosperity Ave., Ste 330 Fairfax, VA 22031 | | | | | | $80,141.15 |
| SMI, INC. 822 Harding Street Lafayette, LA 70503 | | | | | | $47,345.75 |
| Tank Products, Inc. 1742 S Bon View Ave Ontario, CA 91761 | | | | | | $41,833.87 |
| Taxation and Revenue New Mexico P.O. Box 25128 Santa Fe, NM 87504-5128 | | | | | | $29,694.45 |
| Visa Cardmember Service POB 94014 Palatine, IL 60094 | | | | | | $27,842.91 |
| Visa Cardmember Service POB 94014 Palatine, IL 60094 | | | | | | $23,313.66 |
| Visa POB 30131 Tampa, FL 33630 | | | | | | $46,591.24 |
| Wetzel Tank Construction POB 278 South West City, MO 64863 | | | | | | $30,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **American Tank Company, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................   $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................   $     **1,769,684.46**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................   $     **1,769,684.46**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................   $     **548,080.64**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $     **198,751.26**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$     **1,091,028.65**

4.   **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b       $     **1,837,860.55**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **American Tank Company, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Midsouth Bank** | **Operating Account** | 3402 | $1,669.39 |
| 3.2. | **Midsouth** | **Savings** | 9007 | $11,235.07 |
| 3.3. | **Community First** | **Payroll Checking** | 1850 | $2,519.20 |
| 3.4. | **Community First** | **Savings** | 2904 | $4,453.59 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $19,877.25

## Part 2:     Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 1,474.49 | - | 0.00 | = .... | $1,474.49 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 401.20 | - | 0.00 | = .... | $401.20 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 7,663.70 | - | 0.00 | = .... | $7,663.70 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 17,137.85 | - | 0.00 | = .... | $17,137.85 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 9,384.00 | - | 0.00 | = .... | $9,384.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 8,556.95 | - | 0.00 | = .... | $8,556.95 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 4,360.00 | - | 0.00 | = .... | $4,360.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 9,975.89 | - | 0.00 | = .... | $9,975.89 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 2,750.00 | - | 0.00 | = .... | $2,750.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 2,352.00 | - | 0.00 | = .... | $2,352.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 7,170.33 | - | 0.00 | = .... | $7,170.33 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 25,285.38 | - | 0.00 | = .... | $25,285.38 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 94,555.95 | - | 0.00 | = .... | $94,555.95 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,750.00 | - | 0.00 | = .... | $1,750.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 57,643.94 | - | 0.00 | = .... | $57,643.94 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,260.00 | - | 0.00 | =.... | $1,260.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 42,620.92 | - | 0.00 | =.... | $42,620.92 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 4,520.61 | - | 0.00 | =.... | $4,520.61 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 32,475.00 | - | 0.00 | =.... | $32,475.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**                                                     $331,338.21
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** <br> **Furniture and Fixtures** | $0.00 | | $5,000.00 |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** <br> **computer software, computer equipment** | $0.00 | | $1,500.00 |
| 42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43.   **Total of Part 7.** <br> Add lines 39 through 42.  Copy the total to line 86. | | | $6,500.00 |
|---|---|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2011 Ford F150** <br> **VIN: 1FTFW1CF6BFC85074** | $0.00 | | $17,709.00 |
| 47.2.   **2012 Ford F250** <br> **VIN: 1FT7W2A68CED04261** | $0.00 | | $13,420.00 |
| 47.3.   **2014 Ford Escape** <br> **VIN: 1FMCUOGX4EUC81610** | $0.00 | | $11,240.00 |
| 47.4.   **2015 Ford F250** <br> **VIN: 1FT7W2A64FEB66920** | $0.00 | | $28,466.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 47.5. | **2001 Wells Cargo**<br>**VIN: 1WC200C1912045079** | $0.00 | $1,260.00 |
| 47.6. | **1990 16' HMDE**<br>**VIN: TST524715SPLA** | $0.00 | $720.00 |
| 47.7. | **1987 HMDE Tank #1**<br>**VIN: TST484244SPLA** | $0.00 | $660.00 |
| 47.8. | **1992 HNDE Tank #2**<br>**VIN: TST522673SPLA** | $0.00 | $660.00 |
| 47.9. | **1996 Wells Cargo**<br>**VIN: 1WC200G29T2030975** | $0.00 | $1,300.00 |
| 47.10. | **1995 CIRM Utility**<br>**VIN: 1C9US102SM364145** | $0.00 | $336.00 |
| 47.11. | **2006 20' utility Trailer #3**<br>**VIN: 4DPUT202X6M237073** | $0.00 | $4,200.00 |
| 47.12. | **2006 Fontaine Trailer 53'**<br>**VIN: 13N25330871539425** | $0.00 | $15,600.00 |
| 47.13. | **2002 Wells Cargo trailer**<br>**VIN: 1WC200J2627007969** | $0.00 | $2,100.00 |
| 47.14. | **2009 Cargo Trailer**<br>**VIN: 5NHUTW6209Y008406** | $0.00 | $1,800.00 |
| 47.15. | **2013  Ford F250** | $0.00 | $13,698.00 |
| 47.16. | **5 x 10 Utility Trailer** | $0.00 | $400.00 |
| 47.17. | **2011 EZ go Golf Cart** | $0.00 | $2,200.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Description | Value | | Value |
|---|---|---|---|
| **1995 Vecgtgrum 5000 Wiedemann. 52Station turret w/ plasma. Model V 5000 P47004 s/n 643. With 1998 Hypertherm HT2000 plasma torch, S/N 2000-004572 and 2015 Donaldson DF02.2 dust collector, S/N 10343167-L1** | **$141,000.00** | Appraisal | **$141,000.00** |
| **1998 Vectri,l 3056 Wiedemann 52 STation Turret. Model V-3056A P82010 S/N 339. (No plasma torch or dust collector)** | **$70,000.00** | Appraisal | **$70,000.00** |
| **2005 OTC DAIHEN Almega AX-MV6L robotic positioner. S/N L9671YZ5482605** | **$45,000.00** | Appraisal | **$45,000.00** |
| **2012 Geka C2PL80. S/N 7870. CNC punch** | **$57,000.00** | Appraisal | **$57,000.00** |
| **2010 Standard AB250-12 press brake. 250 ton capacity** | **$112,000.00** | Appraisal | **$112,000.00** |
| **Unipunch 4 AJ series 1 1/2 angel and channel punch** | **$17,000.00** | Appraisal | **$17,000.00** |
| **Komatus Forklift, FG30HT-12 5500 pound capacity. Propane fuled, duel front tires, side shift S/N 51563A** | **$0.00** | Appraisal | **$4,900.00** |
| **Miller bobcat, 250 D NT Welding machine, 10,000 watt AC/DC welder. Trailer mounted S/N: LC530410l. License E105751.** | **$0.00** | Appraisal | **$800.00** |
| **Miller Dimension 452, Welding machine. S/N: LC243291** | **$0.00** | Appraisal | **$900.00** |
| **Wire feeder, Millerr 22A 24V. S/N: MC030122** | **$0.00** | Appraisal | **$800.00** |
| **Wire feeder, Miller 22A. 24V. S/N: MC30121. Cart Mounted** | **$0.00** | Appraisal | **$800.00** |
| **Saw, Kalimazoo 5' bandsaw, with 3' table. Very old.** | **$0.00** | Appraisal | **$1,100.00** |
| **Crane, Gailion 150A rough terrain crane. Cab, cab doors, glass destroyed** | **$0.00** | Appraisal | **$2,900.00** |
| **Kabota tractor, L3010 HST with bucket, bush hog, grader and tiller attachments** | **$0.00** | Appraisal | **$5,500.00** |
| **(8) Cargo baskets, 11'x 7' x 3'. Skidded, offshore rated** | **$0.00** | Appraisal | **$6,200.00** |

| | | | |
|---|---|---|---|
| 11' x 7' x 10' cargo basket | $0.00 | Appraisal | $2,000.00 |
| Graco King air poered pump, mixer, bucket, hoses. Graco Monark air powered pump | $0.00 | Appraisal | $1,000.00 |
| Cincinnati 1406 shear. 6' x 1/4" capacity, with two 10' feed tables. S/N 27872. | $0.00 | | $6,500.00 |
| Gardener Denver 120 psi air compressor, with 200 gallon horizontal volume tank. Insatalled at ATM manufactoring building. | $0.00 | | $1,600.00 |
| Press brake, Verson Allsteel B-710. S/N 7389. 150 ton capacity. | $0.00 | | $4,700.00 |
| Forklift, Ttrak International Hytrak MCL8-10-7-8 (tentative). Hours: 668. | $0.00 | | $3,100.00 |
| Press brake, Piranha Allsteel 175-12. With 12' bed and hydraulic tilt table. 175 ton capacity. S/N: 20269 | $0.00 | | $20,600.00 |
| H-frame press, custom made, dual cylinders, 4 ton capacity. | $0.00 | | $300.00 |
| Brake Press, Chicago dries & Krump 68C. 50 ton capacity. S/N : L11602. | $0.00 | | $8,000.00 |
| Air compressor, Quincy QSI-500, electric. Hours: 16, 187. Installed at walkway building. | $0.00 | | $7,900.00 |
| Iron worker, Uni-Hydro 45-14. 8' x 12 gauge. 45 ton capacity. With C2000 controls. S'N: 3P688X. | $0.00 | | $3,100.00 |
| Punch, Kingsland 60XS. Hydarulic. No other numbers found | $0.00 | | $4,400.00 |
| Air compressor, Chicago Pneumatic CPS900. 2005. 125 psi. | $0.00 | | $5,500.00 |
| Welding positioner, aka pipe roller, custom made. Electric, belt-driven, with 3 jaw chuck. Mounted on angle - iron table. | $0.00 | | $1,300.00 |
| Sand hopper, 25 ton capacity, with 6000 pound sand pot. | $0.00 | | $11,700.00 |

| Description | | |
|---|---|---|
| Sand hopper, 15 ton capacity, with 500 pound sand pot. | $0.00 | $8,800.00 |
| Air Compressor, Sullivan-Pallatek D210QH10J, triler-moutned. S/N: 28308. | $0.00 | $3,300.00 |
| Sand Pot, 600 Pounds. | $0.00 | $2,700.00 |
| Gang punch set (tool) for use with Standard Industrial Corp press, by Delta Tool and Die Company | $0.00 | $133,900.00 |
| Forklift, Komatsu FD451-5, 8000 pound capacity, diesel. With dual front tires, side shift, two stage mast. Circa 2001. S/N: 369294. Hours: 8,725. New transmission in 2013. | $0.00 | $6,100.00 |
| Brake Press, Cincinnati, 750 ton capacity. Model number unknown. Awaiting assembly outdoors. Not in place or in operation. | $0.00 | $9,800.00 |
| Wire feeder. Thermal Arc by Thermadyne, Hefty II CC/CV 100035A-001. S/N: M11091501023. | $0.00 | $600.00 |
| Mar 2009, Waldmar WDM model TP-11-10, hydraulic pyramid plate rollers. s/n: 61034-09. Through hardended rolls, special cut groves, auto crown on lower rolls, and 423-2-3 control package. | $0.00 | $121,000.00 |
| Wiedemann Muratec Magnum 5000 CNC punch turret machine, mfg #: 06KX372120001, contains 52 different tools. March 2007. With following components. Free standing Work Station jib crane, Gorbel, 500 lb c Donaldson torit Dust Collector, with 9 filters, mod#: TD486, 3 horsepower motor, 3 phase, s/n: 2869911-1 Hypertherm Hyspeed HT2000 Mod # 073106, S/n: 2008007581 plasna cutter. Automated, LNS Turbo chip conveyor. Mod# 62888020. | $0.00 | $462,000.00 |
| Welding machine, Miller Bobcat 250 D NT 10,000 watt AC/DC welder. Trailer mounted. S/N: LA204688 | $0.00 | $400.00 |

| 51. | **Total of Part 8.** | $1,411,969.00 |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **American Tank Company, Inc.**    Case number *(if known)*
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $19,877.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $331,338.21 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,411,969.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,769,684.46 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,769,684.46 |

Debtor name **American Tank Company, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

| 2.1 | **Direct Capital**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Equipment** | $188,734.64 | $200,000.00 |
| --- | --- | --- | --- | --- |

**155 Commerce Way**
**Portsmouth, NH 03801**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ford Motor Credit**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2012 Ford F250**<br>**VIN: 1FT7W2A68CED04261** | $9,778.00 | $13,420.00 |
| --- | --- | --- | --- | --- |

**POB 689007**
**Franklin, TN 37068**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
   including this creditor and its
☐ Disputed
   relative priority.

---

| 2.3 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $13,170.00 | $11,240.00 |
|---|---|---|---|---|

Creditor's Name

**POB 689007**
**Franklin, TN 37068**

Creditor's mailing address

**2014 Ford Escape**
**VIN: 1FMCUOGX4EUC81610**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $28,262.00 | $28,466.00 |
|---|---|---|---|---|

Creditor's Name

**POB 689007**
**Franklin, TN 37068**

Creditor's mailing address

**2015 Ford F250**
**VIN: 1FT7W2A64FEB66920**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $8,136.00 | $13,698.00 |
|---|---|---|---|---|

Creditor's Name

**P.o.box 542000**
**Omaha, NE 68154**

Creditor's mailing address

**2013  Ford F250**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

---

| Debtor | **American Tank Company, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

Date debt was incurred

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 | **Midsouth Bank** | Describe debtor's property that is subject to a lien | $300,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Receivables** | | |

**102 Versailles Blvd**
**Lafayette, LA 70501**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $548,080.64 |

---

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Thomas K. McCraw, Jr.**<br>**One international Pl 1110**<br>**Boston, MA 02110** | Line **2.1** | |

---

Fill in this information to identify the case:

Debtor name    **American Tank Company, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $4,235.90 | $4,235.90 |
|  | **Acadia Parish School Board** | | |
|  | **2402 North Parkerson Ave.** | | |
|  | **Crowley, LA 70526** | | |

| As of the petition filing date, the claim is: |
|---|
| *Check all that apply.* |
| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $23,985.30 | $2,734.13 |
|  | **Arkansas Department of Rev.** | | |
|  | **P.O. Box 1272** | | |
|  | **Little Rock, AR 72203** | | |

| As of the petition filing date, the claim is: |
|---|
| *Check all that apply.* |
| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,774.09 | $4,774.09 |
|---|---|---|---|---|

**Bossier Parish Sale Tax**
**P.O. Box 71313**
**Bossier City, LA 71171-1313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,920.19 | $7,089.35 |
|---|---|---|---|---|

**City of Greeley**
**Finance Department**
**1000 10th St.**
**Greeley, CO 80631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,849.84 | $5,385.70 |
|---|---|---|---|---|

**Georgia Department of Revenue**
**P.O. Box 105499**
**Atlanta, GA 30348-5499**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4805**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,615.01 | $1,615.01 |
|---|---|---|---|---|

**Jefferson Davis School Board**
**P.O. Box 640**
**Jennings, LA 70546**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $708.95 | $708.95 |
|---|---|---|---|---|

**Lafayette Parish School Board**
P.O. Box 3883
Lafayette, LA 70502

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,812.42 | $5,812.42 |
|---|---|---|---|---|

**Lafourche Parish School Board**
805 E. 7th St.
Thibodaux, LA 70301

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62,987.80 | $11,793.00 |
|---|---|---|---|---|

**Louisiana Department Of Revenue**
P.O. Box 4969
Baton Rouge, LA 70821-4936

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1400**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,352.65 | $3,352.65 |
|---|---|---|---|---|

**North Carolina DOR**
P.O. Box 25000
Raleigh, NC 27640-0640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,242.00 | $9,242.00 |
| | **Plaquemine Parish Sales Tax** | Check all that apply. | | |
| | **8056 Highway 23, Suite 201C** | ☐ Contingent | | |
| | **Belle Chase, LA 70037** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,742.34 | $1,167.01 |
| | **St. Martin Parish School Board** | Check all that apply. | | |
| | **625 Corporate Blvd.** | ☐ Contingent | | |
| | **Breaux Bridge, LA 70517** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,823.87 | $14,823.87 |
| | **State Of Arkansas** | Check all that apply. | | |
| | **P.O. Box 8092** | ☐ Contingent | | |
| | **Little Rock, AR 72203-8092** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4805** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,650.66 | $2,650.66 |
| | **State Of Louisiana** | Check all that apply. | | |
| | **Department Of Revenue** | ☐ Contingent | | |
| | **P O Box 81857** | ☐ Unliquidated | | |
| | **Lafayette, LA 70598** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,694.45 | $0.00 |
|---|---|---|---|---|

**Taxation and Revenue**
**New Mexico**
**P.O. Box 25128**
**Santa Fe, NM 87504-5128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,335.67 | $0.00 |
|---|---|---|---|---|

**Terrebone Parish Sales and Use**
**P.O. Box 670**
**Houma, LA 70361**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,020.12 | $3,020.12 |
|---|---|---|---|---|

**Texas Department of Revenue**
**P.O. Box 13528**
**Austin, TX 78711-3528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,689.29 |
|---|---|---|---|

**ABC/Amega**
**500 Seneca St., Ste 400**
**Buffalo, NY 14204**

Date(s) debt was incurred _
Last 4 digits of account number  **3824**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $283.70 |
|---|---|---|---|

**Acadian Fire & Safety**
**1054 PT. Claire Drive**
**Saint Martinville, LA 70582**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Tank Company, Inc.** | Case number (if known) | |
|--------|------------------------------|------------------------|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,686.59** |
|---|---|---|---|

**Acadiana Rubber & Gasket Company**
P O Box 540757
Dallas, TX 75354

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,988.14** |
|---|---|---|---|

**Advantage Staffing**
P.O.Box 277534
Atlanta, GA 30384-7534

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,850.00** |
|---|---|---|---|

**Airtech Spray Systems**
4303 Pinemont Drive
Houston, TX 77018

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,434.09** |
|---|---|---|---|

**Alamo Hydraulics of Louisiana**
2712 W Admiral Doyle Drive
New Iberia, LA 70560

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$643.01** |
|---|---|---|---|

**Allied Discount Tire & Brake**
POB 80429
Lafayette, LA 70598

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,274.28** |
|---|---|---|---|

**American Packing & Gasket**
POB 670320
Dallas, TX 75267

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$928.00** |
|---|---|---|---|

**Angel Air Repair & Specialty**
Dept. 796 POB 4346
Houston, TX 77210

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,140.65 |
|---|---|---|---|

**Babineauxs Plumbing, LLC**
**POB 9021**
**New Iberia, LA 70562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Belco Manufacoring co Inc.**
**Lockbox Account**
**POB 951424**
**Dallas, TX 75395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,481.42 |
|---|---|---|---|

**Bienvenu Electric**
**POB 412**
**Saint Martinville, LA 70582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,016.76 |
|---|---|---|---|

**Boudreaux,. Henderson & CO**
**POB 12108**
**New Iberia, LA 70562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $915.37 |
|---|---|---|---|

**C & C Industries, Inc.**
**POB 732413**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $573.88 |
|---|---|---|---|

**C & S Safety**
**2404 Hwy 14**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,437.34 |
|---|---|---|---|

**Capital One Bank (USA)**
**POB 60599**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$28,922.37** |

**Cardmember Service**
**P.O. Box 790408**
**St. Louis, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$22,000.00** |

**Cenla Coatings LLC**
**POB 406**
**Dupont, LA 71329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$3,933.80** |

**Chad Ratliff**
**25 Whitney Dr., suite 106**
**Milford, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Colleciton for Shewwin Williams**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$11,232.46** |

**Channel Speciality**
**411 Halphen St.**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$8,667.04** |

**Citibusiness**
**POB 78045**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$1,086.46** |

**Compressed Air System**
**PO Box 1165**
**Youngsville, LA 70592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$4,736.50** |

**Corporate Collection Service**
**1655 North Fort Meyer Drive**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,910.40 |
|---|---|---|---|

**Curtis Steel Company, LLC**
POB 4346 Dept. 574
Houston, TX 77210

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $562.00 |
|---|---|---|---|

**Deep South Equipment Co.**
6851 Greenwood Rd.
Shreveport, LA 71119

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $562.00 |
|---|---|---|---|

**Deep South Equipment Company**
6851 Greenwood Rd
Shreveport, LA 71119

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,464.20 |
|---|---|---|---|

**Elwood Staffing**
POB 1024
Columbus, IN 47202

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Falck Safety Services**
209 Clendenning Road
Houma, LA 70363

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,294.12 |
|---|---|---|---|

**Federal Express-Freight**
POB 10306
Palatine, IL 60055

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,566.20 |
|---|---|---|---|

**Fleetmatics USA LLC**
POB 347472
Pittsburgh, PA 15251

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Focus Safety Services, LLC**
POB 52896
Lafayette, LA 70505

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,837.31** |
|---|---|---|---|

**Gemini Sales & Service, LLC**
POB 9625
New Iberia, LA 70560

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,336.58** |
|---|---|---|---|

**Gulf States Engineering Co. Inc.**
17961 Painters Row
Covington, LA 70435

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,029.79** |
|---|---|---|---|

**Hanna Rubber Company**
908 W. 25th Street
Kansas City, MO 64108

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,812.50** |
|---|---|---|---|

**Hoblit Darling Ralls Hernandez &**
802 North Carancahua Ste. 2000
Corpus Christi, TX 78401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$299.10** |
|---|---|---|---|

**Iberia Industrial & Marine**
P O Box 9920
New Iberia, LA 70560

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00** |
|---|---|---|---|

**Iberia Parish Government**
300 Iberia St., Suite 400
New Iberia, LA 70560

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Tank Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,665.72 |
|---|---|---|---|

**Iberia Parish Sheriff**
**300 Iberia St.**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,900.00 |
|---|---|---|---|

**International Paint LLC**
**POB 847202**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,999.25 |
|---|---|---|---|

**James Daniels**
**110 E. Kalsite Saloom Road**
**Ste. 210**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,624.63 |
|---|---|---|---|

**JDM Steel Service Inc**
**8581 Solution Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $679.26 |
|---|---|---|---|

**Johnpac**
**POB 1566**
**Crowley, LA 70527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|

**Joseph Fick, Jr.**
**212 Veterans Blvd.**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0287

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00 |
|---|---|---|---|

**Kelley Consruction, Inc.**
**12550 Lake Station Place**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,957.82 |
|---|---|---|---|

**Kloeckner Metals**
**Lockbox 200040**
**Dallas, TX 75320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,287.00 |
|---|---|---|---|

**L.F. Manufacturing, Inc.**
**POB 4458 Dept. 109**
**Houston, TX 77210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,918.32 |
|---|---|---|---|

**Lafayette Paint & Supply**
**PO Box 837**
**Broussard, LA 70518**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,106.84 |
|---|---|---|---|

**M& P Sealing Company**
**11125 IH-10 East**
**Orange, TX 77630**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,549.87 |
|---|---|---|---|

**Max Advance, LLC**
**4208 18th Avenue**
**Brooklyn, NY 11218**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Metal Plate Galvanizing**
**POB 1463**
**Birmingham, AL 35201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.60 |
|---|---|---|---|

**National Welding SUpply**
**PO Box 9786**
**New Iberia, LA 70562**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,723.44 |
|---|---|---|---|

**NI Welding Supply, LLC**
**125 Thruway Park**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,870.12 |
|---|---|---|---|

**Niko Industries, LLC**
**42391 South Airport Road**
**Hammond, LA 70403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,251.60 |
|---|---|---|---|

**O'Neal**
**POB 934243**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|

**O'Neal Steel**
**1044 O Neal Dr.**
**Breaux Bridge, LA 70517**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,689.29 |
|---|---|---|---|

**Olympic Steel, Inc.**
**Dept. Ch 17813**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,489.76 |
|---|---|---|---|

**Penske Truck Leasing Co. LP**
**POB 827380**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,130.00 |
|---|---|---|---|

**Permian Basin Metallurgical Labs**
**POB 3147**
**Odessa, TX 79760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | American Tank Company, Inc. | Case number (if known) | |
|--------|---------------------------|------------------------|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,850.00 |
|------|--------------------------------------------------|---------------------------------------------------------------|-----------|

**PSS Companies**
**Cisco, Inc.**
**POB 801088**
**Houston, TX 77280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,141.15 |
|------|--------------------------------------------------|---------------------------------------------------------------|-----------|

**Quarterspot, Inc.**
**2751 Prosperity Ave., Ste 330**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------|-----------|

**Raw Corporation**
**POB 81068**
**Lafayette, LA 70598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,273.28 |
|------|--------------------------------------------------|---------------------------------------------------------------|-----------|

**Reeves County**
**2323 Texas Street**
**Pecos, TX 79772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,081.58 |
|------|--------------------------------------------------|---------------------------------------------------------------|-----------|

**Relevant Solutions, LLC**
**14910 Hnery Road**
**Houston, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,933.80 |
|------|--------------------------------------------------|---------------------------------------------------------------|-----------|

**Sherwin Williams**
**904 S. Lewis Street**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,933.80 |
|------|--------------------------------------------------|---------------------------------------------------------------|-----------|

**Sherwin Williams**
**1145 Albertsons Pkwy.**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,345.75 |
|---|---|---|---|

**SMI, INC.**
**822 Harding Street**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Steel & Pipe Supply CO., Inc**
**POB 731266**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,208.35 |
|---|---|---|---|

**Superior Supply & Steel**
**P O Box 972291**
**Dallas, TX 75397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,833.87 |
|---|---|---|---|

**Tank Products, Inc.**
**1742 S Bon View Ave**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $834.24 |
|---|---|---|---|

**Teche Lumber**
**POB 9597**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Texas Water Technologies**
**1201 E Avenue H**
**Grand Prairie, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**TNT Reliability, Inc.**
**103 Glen Rose Trail**
**White Oak, TX 75693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,806.88 |
|---|---|---|---|

**Total Safety Inc**
P O Box 974686
**Dallas, TX 75391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,511.41 |
|---|---|---|---|

**Trinity Logistics**
POB 62702
**Baltimore, MD 21264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,734.17 |
|---|---|---|---|

**Unipunch Products Inc**
**311 5th Street NW**
**Clear Lake, WI 54005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,088.32 |
|---|---|---|---|

**United Rentals, Inc.**
POB 100711
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,313.66 |
|---|---|---|---|

**Visa**
**Cardmember Service**
POB 94014
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,441.07 |
|---|---|---|---|

**Visa**
**Cardmember Service**
POB 94014
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,591.24 |
|---|---|---|---|

**Visa**
POB 30131
**Tampa, FL 33630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,842.91 |
|---|---|---|---|

**Visa**
**Cardmember Service**
**POB 94014**
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,099.76 |
|---|---|---|---|

**Voorhies Supply Company Inc**
**P O Box 4040130**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,322.43 |
|---|---|---|---|

**W&W Energy Services**
**8820 NW Loop 338**
**Odessa, TX 79764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Wetzel Tank Construction**
**POB 278**
**South West City, MO 64863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,730.00 |
|---|---|---|---|

**Wilson Walton Intl.**
**3349 Route 138, Bldg. B**
**Belmar, NJ 07719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,834.81 |
|---|---|---|---|

**Wolseley Industrial Group**
**FEI #2618**
**POB 847411**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,670.30 |
|---|---|---|---|

**Wurth Snider Bolt & Screw, Inc.**
**11503 Champions Way**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | American Tank Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ABC/ Amega, Inc.**<br>**1100 Main St.**<br>**Buffalo, NY 14209** | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Arkansas Department of Finance**<br>**and Administration**<br>**P.O. Box 8140**<br>**Little Rock, AR 72203** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **The Leviton Law Firm, LTD**<br>**3 Golf Center, Suite 361**<br>**Hoffman Estates, IL 60169** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 198,751.26 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,091,028.65 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,289,779.91 |

**Fill in this information to identify the case:**

Debtor name    **American Tank Company, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Welding Robot** <br><br> **415-517-8655** <br><br> State the term remaining <br><br> List the contract number of any government contract    _____ | **Bank of the West** <br> **P.O. Box 7167** <br> **Pasadena, CA 91109-7167** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **dies and punches** <br><br> State the term remaining <br><br> List the contract number of any government contract    _____ | **Bank of the West** <br> **c/o Don Lee** <br> **P.O. Box 7167** <br> **Pasadena, CA 91109-7167** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Misc. equipment** <br><br> State the term remaining <br><br> List the contract number of any government contract    _____ | **Bank of the West** <br> **c/o Don Lee** <br> **P.O. Box 7167** <br> **Pasadena, CA 91109-7167** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Lease of Turrets** <br><br> State the term remaining <br><br> List the contract number of any government contract    _____ | **Five Lakes Financial** <br> **840 North 3rd. St., Suite 500** <br> **Milwaukee, WI 53203** |

Debtor 1    **American Tank Company, Inc.**
            First Name            Middle Name            Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Acct#**
**Truck Lease**

State the term remaining

List the contract number of any government contract

**Penske Truck Leasing Co. LP**
**POB 827380**
**Philadelphia, PA 19182**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Brake Press**

State the term remaining

List the contract number of any government contract

**U.S. Bank Equipment Finance**
**c/o Mary Cahterine Cali**
**P.O. Drawer 4425**
**Baton Rouge, LA 70821**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Leases:  022-0050272**
**and 022-0052853-001**

**Lease of two used turrets**

State the term remaining

List the contract number of any government contract

**U.S. Bank, National Association**
**c/o Mary Catherine Cali**
**P.O. Drawer 425**
**Baton Rouge, LA 70821**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Geka Maching**

**319-841-7259**

State the term remaining

List the contract number of any government contract

**Wells Fargo**
**c/o Anthony Janney**
**1010 Thomas Edison Blvd, SW**
**Cedar Rapids, IA 52404-7000**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Fork Lift**

**847-405-1355**

State the term remaining

List the contract number of any government contract

**Wells Fargo Equipment Fin**
**TriState Int., Ste. 400**
**Lincolnshire, IL 60069**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Fork Lift**

**847-405-1355**

State the term remaining

**Wells Fargo Equipment Fin.**
**TriState Int., Ste 400**
**Lincolnshire, IL 60069**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

      List the contract number of any
          government contract   _____

Debtor name __**American Tank Company, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF LOUISIANA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City   State   Zip Code | | |
| 2.2 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City   State   Zip Code | | |
| 2.3 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City   State   Zip Code | | |
| 2.4 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City   State   Zip Code | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor name  **American Tank Company, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,010,444.72** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,355,549.84** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$2,572,570.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **St. Landry Parish School Board vs. American Tank Company, Inc.** 17-C-2094-A | **Suit for sales taxes** | **27th Judicial District Court P O Box 1029 Opelousas, LA 70571** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Terrebonne Parish Sales and Use Tax Department vs. American Tank Company, Inc.** 0180309 | **suit for sales taxes** | **32nd JDC Houma, LA 70360** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Direct Capital Corporation vs. American Tank Company, Inc.** 16-cv-0366 | **suit to enforce lease** | **United States District Court District of New Hampshire** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Vidrine & Vidrine**<br>**711 W. Pinhook Rd.**<br>**Lafayette, LA 70503** | | **05/23/2017** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

     ■  No.
     ☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ■  No.
     ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

     ■  No.
     ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.    **Boudreaux, Henderson & Co. LLP** **725 Weldon Street** **New Iberia, LA 70560** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Larry J. Romero | 200 kathryn St. New Iberia, LA 70560 | President | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Rochelle M. Romero | 200 Kathryn St. New Iberia, LA 70560 | Secetary/Treasurer/CEO | 51% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Rochell Romero | 33741.00 | 2016 | Salary |
| | **Relationship to debtor** owner | | | |
| 30.2. | Rochelle Romero | 37,076.26 | 2015 | Salary |
| | **Relationship to debtor** owner | | | |
| 30.3. | Rochelle Romero | $22,393.42 | 2017 | Salary |
| | **Relationship to debtor** owner | | | |
| 30.4. | Scott Romero | $74,426.35 | 2015 | Salary |
| | **Relationship to debtor** Son of owners | | | |
| 30.5. | Scott Romero | $60,598.64 | 2016 | Salary |
| | **Relationship to debtor** son of owners | | | |
| 30.6. | Scott Romero | $39,706.56 | 2017 | Salary |
| | **Relationship to debtor** son of owners | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| **Part 14:** | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 5, 2017**

**/s/ Larry J. Romero**                                    **Larry J. Romero**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Louisiana

In re  **American Tank Company, Inc.**

Case No. _____

Debtor(s)

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ $300.00 per hour |
| Prior to the filing of this statement I have received | $ 0.00 |
| Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 18, 2017** | **/s/ William C. Vidrine** |
| Date | **William C. Vidrine 21398** |
| | *Signature of Attorney* |
| | **Vidrine & Vidrine, PLLC** |
| | **711 W Pinhook** |
| | **Lafayette, LA 70503** |
| | **3372335195  Fax: 3372333897** |
| | **williamv@vidrinelaw.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Western District of Louisiana

In re   **American Tank Company, Inc.**           Case No. _____

                                  Debtor(s)        Chapter      **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Larry J. Romero**<br>**200 Kathryn St.**<br>**New Iberia, LA 70560** | | | **49%** |
| **Rochelle M. Romero**<br>**200 Katheryn St.**<br>**New Iberia, LA 70560** | | | **51%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 5, 2017**                 Signature  **/s/ Larry J. Romero**

                                                       **Larry J. Romero**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

ABC/ Amega, Inc.
1100 Main St.
Buffalo, NY 14209


ABC/Amega
500 Seneca St., Ste 400
Buffalo, NY 14204


Acadia Parish School Board
2402 North Parkerson Ave.
Crowley, LA 70526


Acadian Fire & Safety
1054 PT. Claire Drive
Saint Martinville, LA 70582


Acadiana Rubber & Gasket Company
P O Box 540757
Dallas, TX 75354


Advantage Staffing
P.O.Box 277534
Atlanta, GA 30384-7534


Airtech Spray Systems
4303 Pinemont Drive
Houston, TX 77018


Alamo Hydraulics of Louisiana
2712 W Admiral Doyle Drive
New Iberia, LA 70560


Allied Discount Tire & Brake
POB 80429
Lafayette, LA 70598

American Packing & Gasket
POB 670320
Dallas, TX 75267


Angel Air Repair & Specialty
Dept. 796 POB 4346
Houston, TX 77210


Arkansas Department of Finance
and Administration
P.O. Box 8140
Little Rock, AR 72203


Arkansas Department of Rev.
P.O. Box 1272
Little Rock, AR 72203


Babineauxs Plumbing, LLC
POB 9021
New Iberia, LA 70562


Bank of the West
P.O. Box 7167
Pasadena, CA 91109-7167


Bank of the West
c/o Don Lee
P.O. Box 7167
Pasadena, CA 91109-7167


Belco Manufacoring co Inc.
Lockbox Account
POB 951424
Dallas, TX 75395


Bienvenu Electric
POB 412
Saint Martinville, LA 70582

Bossier Parish Sale Tax
P.O. Box 71313
Bossier City, LA 71171-1313


Boudreaux,. Henderson & CO
POB 12108
New Iberia, LA 70562


C & C Industries, Inc.
POB 732413
Dallas, TX 75373


C & S Safety
2404 Hwy 14
New Iberia, LA 70560


Capital One Bank (USA)
POB 60599
City of Industry, CA 91716


Cardmember Service
P.O. Box 790408
St. Louis, MO 63179-0408


Cenla Coatings LLC
POB 406
Dupont, LA 71329


Chad Ratliff
25 Whitney Dr., suite 106
Milford, OH 45150


Channel Speciality
411 Halphen St.
New Iberia, LA 70560

Citibusiness
POB 78045
Phoenix, AZ 85062


City of Greeley
Finance Department
1000 10th St.
Greeley, CO 80631


Compressed Air System
PO Box 1165
Youngsville, LA 70592


Corporate Collection Service
1655 North Fort Meyer Drive
Arlington, VA 22209


Curtis Steel Company, LLC
POB 4346 Dept. 574
Houston, TX 77210


Deep South Equipment Co.
6851 Greenwood Rd.
Shreveport, LA 71119


Deep South Equipment Company
6851 Greenwood Rd
Shreveport, LA 71119


Direct Capital
155 Commerce Way
Portsmouth, NH 03801


Elwood Staffing
POB 1024
Columbus, IN 47202

Etco Specialty Products
POB 346
Girard, KS 66743


Falck Safety Services
209 Clendenning Road
Houma, LA 70363


Federal Express-Freight
POB 10306
Palatine, IL 60055


Five Lakes Financial
840 North 3rd. St., Suite 500
Milwaukee, WI 53203


Fleetmatics USA LLC
POB 347472
Pittsburgh, PA 15251


Focus Safety Services, LLC
POB 52896
Lafayette, LA 70505


Ford Motor Credit
POB 689007
Franklin, TN 37068


Ford Motor Credit
P.o.box 542000
Omaha, NE 68154


Gemini Sales & Service, LLC
POB 9625
New Iberia, LA 70560

Georgia Department of Revenue
P.O. Box 105499
Atlanta, GA 30348-5499


Gulf States Engineering Co. Inc.
17961 Painters Row
Covington, LA 70435


Hanna Rubber Company
908 W. 25th Street
Kansas City, MO 64108


Hoblit Darling Ralls Hernandez &
802 North Carancahua Ste. 2000
Corpus Christi, TX 78401


Iberia Industrial & Marine
P O Box 9920
New Iberia, LA 70560


Iberia Parish Government
300 Iberia St., Suite 400
New Iberia, LA 70560


Iberia Parish Sheriff
300 Iberia St.
New Iberia, LA 70560


International Paint LLC
POB 847202
Dallas, TX 75284


James Daniels
110 E. Kalsite Saloom Road
Ste. 210
Lafayette, LA 70508

JDM Steel Service Inc
8581 Solution Center
Chicago, IL 60677


Jefferson Davis School Board
P.O. Box 640
Jennings, LA 70546


Johnpac
POB 1566
Crowley, LA 70527


Joseph Fick, Jr.
212 Veterans Blvd.
Metairie, LA 70005


Kelley Consruction, Inc.
12550 Lake Station Place
Louisville, KY 40299


Kloeckner Metals
Lockbox 200040
Dallas, TX 75320


L.F. Manufactoring, Inc.
POB 4458 Dept. 109
Houston, TX 77210


Lafayette Paint & Supply
PO Box 837
Broussard, LA 70518


Lafayette Parish School Board
P.O. Box 3883
Lafayette, LA 70502

Lafourche Parish School Board
805 E. 7th St.
Thibodaux, LA 70301


Louisiana Department Of Revenue
P.O. Box 4969
Baton Rouge, LA 70821-4936


M& P Sealing Company
11125 IH-10 East
Orange, TX 77630


Max Advance, LLC
4208 18th Avenue
Brooklyn, NY 11218


Metal Plate Galvanizing
POB 1463
Birmingham, AL 35201


Midsouth Bank
102 Versailles Blvd
Lafayette, LA 70501


National Welding SUpply
PO Box 9786
New Iberia, LA 70562


NI Welding Supply, LLC
125 Thruway Park
Broussard, LA 70518


Niko Industries, LLC
42391 South Airport Road
Hammond, LA 70403

North Carolina DOR
P.O. Box 25000
Raleigh, NC 27640-0640


O'Neal
POB 934243
Atlanta, GA 31193


O'Neal Steel
1044 O Neal Dr.
Breaux Bridge, LA 70517


Olympic Steel, Inc.
Dept. Ch 17813
Palatine, IL 60055


Penske Truck Leasing Co. LP
POB 827380
Philadelphia, PA 19182


Permian Basin Metallurgical Labs
POB 3147
Odessa, TX 79760


Plaquemine Parish Sales Tax
8056 Highway 23, Suite 201C
Belle Chase, LA 70037


PSS Companies
Cisco, Inc.
POB 801088
Houston, TX 77280


Quarterspot, Inc.
2751 Prosperity Ave., Ste 330
Fairfax, VA 22031

Raw Corporation
POB 81068
Lafayette, LA 70598


Reeves County
2323 Texas Street
Pecos, TX 79772


Relevant Solutions, LLC
14910 Hnery Road
Houston, TX 77060


Sherwin Williams
904 S. Lewis Street
New Iberia, LA 70560


Sherwin Williams
1145 Albertsons Pkwy.
Broussard, LA 70518


SMI, INC.
822 Harding Street
Lafayette, LA 70503


St. Martin Parish School Board
625 Corporate Blvd.
Breaux Bridge, LA 70517


State Of Arkansas
P.O. Box 8092
Little Rock, AR 72203-8092


State Of Louisiana
Department Of Revenue
P O Box 81857
Lafayette, LA 70598

Steel & Pipe Supply CO., Inc
POB 731266
Dallas, TX 75373


Superior Supply & Steel
P O Box 972291
Dallas, TX 75397


Tank Products, Inc.
1742 S Bon View Ave
Ontario, CA 91761


Taxation and Revenue
New Mexico
P.O. Box 25128
Santa Fe, NM 87504-5128


Teche Lumber
POB 9597
New Iberia, LA 70560


Terrebone Parish Sales and Use
P.O. Box 670
Houma, LA 70361


Texas Department of Revenue
P.O. Box 13528
Austin, TX 78711-3528


Texas Water Technologies
1201 E Avenue H
Grand Prairie, TX 75050


The Leviton Law Firm, LTD
3 Golf Center, Suite 361
Hoffman Estates, IL 60169

Thomas K. McCraw, Jr.
One international Pl 1110
Boston, MA 02110


TNT Reliability, Inc.
103 Glen Rose Trail
White Oak, TX 75693


Total Safety Inc
P O Box 974686
Dallas, TX 75391


Trinity Logistics
POB 62702
Baltimore, MD 21264


U.S. Bank Equipment Finance
c/o Mary Cahterine Cali
P.O. Drawer 4425
Baton Rouge, LA 70821


U.S. Bank, National Association
c/o Mary Catherine Cali
P.O. Drawer 425
Baton Rouge, LA 70821


Unipunch Products Inc
311 5th Street NW
Clear Lake, WI 54005


United Rentals, Inc.
POB 100711
Atlanta, GA 30384


Visa
Cardmember Service
POB 94014
Palatine, IL 60094

```
Visa
POB 30131
Tampa, FL 33630


Voorhies Supply Company Inc
P O Box 4040130
Atlanta, GA 30384


W&W Energy Services
8820 NW Loop 338
Odessa, TX 79764


Wells Fargo
c/o Anthony Janney
1010 Thomas Edison Blvd, SW
Cedar Rapids, IA 52404-7000


Wells Fargo Equipment Fin
TriState Int., Ste. 400
Lincolnshire, IL 60069


Wells Fargo Equipment Fin.
TriState Int., Ste 400
Lincolnshire, IL 60069


Wetzel Tank Construction
POB 278
South West City, MO 64863


Wilson Walton Intl.
3349 Route 138, Bldg. B
Belmar, NJ 07719


Wolseley Industrial Group
FEI #2618
POB 847411
Dallas, TX 75284
```

```
Wurth Snider Bolt & Screw, Inc.
11503 Champions Way
Louisville, KY 40299
```

# United States Bankruptcy Court
## Western District of Louisiana

In re   **American Tank Company, Inc.**        Case No. _____

                              Debtor(s)        Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 5, 2017**           **/s/ Larry J. Romero**

                                            **Larry J. Romero/President**
                                            Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re    **American Tank Company, Inc.**            Case No.
                           Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **American Tank Company, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September  5, 2017** | **/s/ William C. Vidrine** |
| Date | **William C. Vidrine 21398** |
| | Signature of Attorney or Litigant |
| | Counsel for    **American Tank Company, Inc.** |
| | **Vidrine & Vidrine, PLLC** |
| | **711 W Pinhook** |
| | **Lafayette, LA 70503** |
| | **3372335195 Fax:3372333897** |
| | **williamv@vidrinelaw.com** |