Resolution of Board of Directors
of
**American Tank Company, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Larry J. Romero, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Larry J. Romero, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Larry J. Romero, President** of this Corporation is authorized and directed to employ **William C. Vidrine 21398**, attorney and the law firm of **Vidrine & Vidrine, PLLC** to represent the corporation in such bankruptcy case.

Date **August 29, 2017**          Signed _____

Date **August 29, 2017**          Signed _____

# United States Bankruptcy Court
## Western District of Louisiana

In re    **American Tank Company, Inc.**
Debtor(s)

Case No. _____
Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Larry J. Romero**, declare under penalty of perjury that I am the **President** of **American Tank Company, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 1st day of August, 2017.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Larry J. Romero, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Larry J. Romero, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Larry J. Romero, President** of this Corporation is authorized and directed to employ **William C. Vidrine 21398**, attorney and the law firm of **Vidrine & Vidrine, PLLC** to represent the corporation in such bankruptcy case."

Date    **August 29, 2017**

Signed _____
**Larry J. Romero**