# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

**IN RE: AMERICAN TANK COMPANY, INC.**

**CASE NO:   17-51160**                                              **CHAPTER 11**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF LAFAYETTE

  BEFORE ME, the undersigned authority, personally came and appeared;

## WILLIAM C. VIDRINE

who after being first duly sworn, did depose and state:

  That he is an attorney, licensed to practice law in the State of Louisiana, that he is a disinterested party and that he has no relationship or business association or any other connection with the debtor, creditors, any other party in interest, their respective attorneys and/or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except that the affiant and/or his firm has represented Mud Cotrol Equipment Corporation over the years in various corporation matters as general corporate counsel.   The Affiant suggests that his fees are $300.00 hour and that the services which he renders are to be compensated by the Debtor upon proper application and approval of the Court for said services.

_____
   WILLIAM C. VIDRINE

  SWORN TO AND SUBSCRIBED, before me this 5th of September 2017 at Lafayette, Louisiana.

_____
   NOTARY PUBLIC #68100