UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: AMERICAN TANK            CASE NO.: 17-51160

      Debtor                  CHAPTER 11

*************************************************************************************

## MOTION FOR AUTHORITY TO PAY INSIDERS

**NOW INTO COURT**, through undersigned counsel, comes the debtor, **AMERICAN TANK,** who submits to the Court the following:

1.

The Debtors filed a voluntary petition for relief under Chapter 11 of the United States Code on the 5th day of September, 2017.

2.

The Court has jurisdiction pursuant to 11 U.S.C. 1334. This is a core proceeding as provided by 28 U.S.C. §157(b).

3.

The Debtor operates a business located at 301 NW Bypass Road, New Iberia, Iberia Parish, Louisiana.

4.

The Debtor manufactures and services bolted tanks for municipal drinking water, waste water, fire protection, food storage and oilfield related products. Also provided are tank accessories such as walkways, sandblasting and coating, design and engineering services and project management.

5.

The company is owned by Rochelle M. Romero who is 51% owner and Lawrence Romero, the husband of Rochelle, who is a 49% owner.

6.

The Debtor is a small family run business employing about 25 people that started in 1987.

7.

Rochelle Romero works at the company on a daily basis in management. Her duties include but are not limited to banking, credit line, receivables, collections, payables, funding purchases, signing corporate documents, attending production meetings. Rochelle Romero has received compensation as an employee. In 2014 Rochelle received a salary of $52,800.00. In 2015 Rochelle received $33,741.00.

8.

The Debtor is requesting court authority to pay Rochelle Romero an annual salary of $42,117.66.

9.

There are no other benefits received by Rochelle M. Romero from the company other than a life insurance policy with Mass Mutual which is currently funding itself from its cash value.

10.

Scott Romero, the insiders son, works for the company. Scott Romero has been employed since 1996. His position is sales, management, estimating, customer management, field construction supervisor. He was previously a tank crew foreman.

11.

In 2014 Scott Romero received $93,600.00. In 2015 Scott's salary was reduced and is currently $72,485.66. Scott's outside sales ability could not be replaced at a more reasonable rate considering his experience in this business.

12.

The Debtor is requesting Court authority to pay Scott Romero a salary of $72,485.66. Additionally the company pays a life insurance policy insuring the life of Scott Romero to American General which payment is $198.98. Scott Romero drives a company truck and the company pays maintenance and fuel for the vehicle driven by Scott.

13.

The building in which the Debtor occupies is located at 301 NW Bypass Road, New Iberia, Iberia Parish, Louisiana, and is owned by L&R Rentals, LLC which is owned by Lawrence Romero and Rochelle M. Romero. This building is state of the art and houses

the offices, meeting areas and warehouse facilities. L & R Rentals, LLC also owns 7 acres with warehouses behind the NW Bypass Road location which property houses the Debtor's sand blasting and welding operations.

14.

The monthly rental rate for the NW Bypass Road property is currently $7,000.00 per month which is an interest only payment. In April of 2018 principal and interest will be due which is about $11,000.00 per month. The monthly rental of the 7 acres is $3,000.00. The rental payment is used to pay the notes on the property. The Romeros do not receive these funds. In addition the company pays $1,000.00 a month in insurance for the properties and taxes.

15.

The Debtor is requesting court authority to continue making the monthly payments to L&R Rental, LLC. The payment is reasonable for facilities of this magnitude to house the debtor's operations. Without such facilities the Debtors could not continue to operate. To move would be very expensive and a like facility would probably be more expensive.

16.

Larry Romero works for American Tank Company, LLC daily. He is in sales and management. Mr. Romero does not receive a salary from the Debtor. The Mr. Romero does receive the benefit of life insurance that is paid by the Debtor to Transamerica in the amount of $401.00 per month and a life insurance policy paid to Jackson National Life Insurance in the amount of $1,214.09. The Debtor seeks court authority to continue making these payments.

17.

The Debtor understands that to pay insider compensation and benefits on behalf of the insiders and/or to pay L&R Rental, LLC the Debtor must maintain a positive cash flow, remain current on monthly operating reports and be current on quarterly fees to the US Trustee.

WHEREFORE, the Debtor prays that this motion be filed, a hearing had and that the Debtor be authorized to pay insider compensation as requested herein.

Respectfully submitted,

    /s/ William C. Vidrine
WILLIAM C. VIDRINE #21398
711 West Pinhook Road
Lafayette, Louisiana 70503
Telephone: (337) 233-5195
Attorney for Debtor