UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: AMERICAN TANK COMPANY, INC.  CASE NO: 17-51160

Debtor  CHAPTER 11

*********************************************************************************

**MOTION FOR EXPEDITED HEARING**

NOW INTO COURT, through undersigned counsel, comes the debtor, **AMERICAN TANK COMPANY, INC.**, who submits to the Court the following:

1.

**AMERICAN TANK COMPANY, INC. (ATC)** filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code on the 5th day of September, 2017.

2.

The Court has jurisdiction pursuant to 11 U.S.C. 1334. This is a core proceeding as provided by 28 U.S.C. §157(b).

3.

The Debtor operates a going concern. The Debtor manufactures and services bolted tanks for municipal drinking water, waste water, fire protection, food storage and oilfield related products. Also provided are tank accessories such as walkways, sandblasting and coating, design and engineering services and project management.

4.

The Debtor has approximately 25 employees.

5.

Payroll needs to be made on the 8th day of September, 2017.

6.

Up to the filing of the bankruptcy the Debtor were factoring invoices with Midsouth Bank which factoring terminated upon the filing of the bankruptcy.

7.

Pittsburgh Tank and Tower Company, Inc., is willing to extend credit to the Debtor all in accordance with the Motion for Authority to Incur Priority Post Petition Priority Debt

with Administrative Claim Status On Emergency Basis and For Hearing that was filed by the Debtor .

8.

The Debtor is requesting that the motion be heard on an expedited basis and with limited notice as time is of the essence.

9.

Without the funds to make payroll on the 8th day of September, 2017, the estate would suffer irreparable injury.

WHEREFORE, the debtor, **AMERICAN TANK COMPANY, INC.,** prays that this motion be filed and that the Court authorize the Debtor to set the motion for authority to incur priority post petition priority debt with administration claim status on emergency basis and for hearing on the 8th day of September, 2017.

Respectfully submitted,

By: /s/ William C. Vidrine_____
 WILLIAM C. VIDRINE (21398)
 711 W. Pinhook Road
 Lafayette, LA 70503
 (337) 233-5195


## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of September, 2017, served a copy of the foregoing Motion for Expedited Hearing and Notice of Hearing on to the Office of the United States Trustee via electronic notice at USTPRegion05.SH.ECF@usdoj.gov and American Tank, P.O. Box 9765, New Iberia, LA , 70562, and all creditors by depositing same into the United States mail properly addressed, and first class postage prepaid.

 /s/ William C. Vidrine
 WILLIAM C. VIDRINE