**SO ORDERED.**

**SIGNED September 8, 2017.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

**IN RE: AMERICAN TANK COMPANY, INC.**　　　　　　**CASE NO:　17-51160**

　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　**Chapter 11**
*********************************************************************************

**ORDER**

CONSIDERING THE FOREGOING MOTION:

IT IS ORDERED that a hearing be held on the 8th day of September, 2017, at 9:00 a.m. to expedite the Motion for Authority to Incur Priority Post Petition Priority Debt with Administrative Claim Status on Emergency Basis.

###

This order was prepared and is being submitted by:
VIDRINE & VIDRINE
BY:　　William C. Vidrine　　(21398)
　　　　711 W. Pinhook Road
　　　　Lafayette, LA 70503
　　　　(337 -233-5195