IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-51160 |
| | § | |
| AMERICAN TANK COMPANY INC. | § § § | (Chapter 11) |
| | § | |
| Debtor | § | |

**MOTION TO PROHIBIT DEBTOR'S USE OF CASH COLLATERAL AND REQUEST FOR ORDER ALLOWING CONTINUED SEGREGATION OF PRE-PETITION ACCOUNTS RECEIVABLE**

COMES NOW MIDSOUTH BANK, N.A. ("Bank"), a secured creditor, who moves the Court for an Order prohibiting the Debtor from utilizing Bank's cash collateral and to allow the continued collection of cash collateral into a lock box account at Bank. In support of its objection, Bank states as follows:

**BACKGROUND**

1. On September 5, 2017 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Bankruptcy Code. Debtor continues to operate its business and manage its properties as a debtor in possession pursuant to §§ 1107(a) and 1108.

2. Debtor has two outstanding loans with Bank. The first is an accounts receivable line of credit which had an outstanding balance, as of August 29, 2017, of

$199,347.88[1]. The second is a VISA Line which has a balance of approximately $49,000.00.

3. In connection with the foregoing indebtedness, Debtor executed a security agreement in favor of Bank, granting Bank a blanket security interest on the Debtor's accounts receivables.

4. All of the accounts receivable generated pre-petition by Debtor is the cash collateral of Bank. Attached hereto as Exhibit "B" is a copy of the Debtor's Aged Receivables as of August 21, 2017 reflecting total receivables in the amount of $527,654.78 (the "Pre-Petition Receivables").

5. Pursuant to agreement between Debtor and Bank, the account debtors that owe the Pre-Petition Receivables to Debtor, send the payments on said receivables to a lock box at Bank, for application by Bank to the indebtedness owed.

6. Upon information and belief, the Debtor is seeking to enter into a post-petition financing arrangement with a third party and Bank desires to protect its interest in and to the Pre-Petition Receivables and to ensure the Pre-Petition Receivables are not redirected into the Debtor's operating account and / or used by the Debtor without consent of Bank and without Court approval.

7. Bank desires an Order of this Court:

    i) Ordering Debtor to provide to Bank, within five (5) days, an updated Accounts Receivable Aging Report, effective as of the Petition Date;

---

[1] On August 29, 2017, the Debtor drew $48,000 on the line of credit which amount represented almost the entirety of the remaining amount available on the line of credit. See Exhibit "A".
3465416.1

ii) Ordering Debtor to deposit into the lock box account, within five (5) days, an amount equal to the amount of Pre-Petition Receivables collected by Debtor post-petition (if any);
iii) authorizing Bank to continue to collect and deposit Pre-Petition Receivables into the lock box account at Bank;
iv) prohibiting Bank or Debtor from accessing or utilizing the Pre-Petition Receivables Amount without Court Order;
v) ordering Debtor not to interfere with, obstruct or divert any Pre-Petition Receivables from being deposited directly into the lock box account at Bank;
i) ordering Debtor not to use any Pre-Petition Receivables without consent of Bank and Court approval; and
vi) ordering Debtor to immediately deposit into the lock box account any Pre-Petition Receivables hereafter received by Debtor.

## BASIS FOR RELIEF

Section 363(c)(2) of Bankruptcy Code governs the Court's approval of the use of cash collateral and provides that a debtor "may not use, sell, or lease cash collateral...unless (A) each entity that has an interest in such cash collateral consents; or (B) the court, after notice and a hearing, authorizes such use, sale, or lease in accordance with the provisions of this section."

Given the Debtor is making arrangements to utilize post-petition financing arrangements form a third party, Bank is entitled to protect its interest in and to its cash collateral.

WHEREFORE, Bank respectfully requests that the Court enter an order;

ii) Ordering Debtor to provide to Bank, within five (5) days, an updated Accounts Receivable Aging Report, effective as of the Petition Date;
iii) Ordering Debtor to deposit into the lock box account, within five (5) days, an amount equal to the amount of Pre-Petition Receivables collected by Debtor post-petition (if any);

3465416.1

- iv) authorizing Bank to continue to collect and deposit Pre-Petition Receivables into the lock box account at Bank;
- v) prohibiting Bank or Debtor from accessing or utilizing the Pre-Petition Receivables without Court Order;
- vi) Ordering Debtor not to interfere with, obstruct or divert any Pre-Petition Receivables from being deposited into the lock box account at Bank;
- vii) Ordering Debtor to immediately deposit into the lock box account any Pre-Petition Receivables hereafter received by Debtor; and
- viii) Granting such other and further relief as the Court deems just.

/s/Craig A. Ryan
CRAIG A. RYAN (20354)
THE ONEBANE LAW FIRM
1200 Camellia Blvd., Suite 300
Lafayette, Louisiana 70508
(337) 266-1272
(337) 266-1232 Fax
Attorneys for MIDSOUTH BANK, N.A.

3465416.1

# MidSouth Bank, N.A.
## DRAW REQUEST/BORROWING BASE CALCULATION WORKSHEET

Draw Request Only _____    Update AR and/or AP Monitoring Item _____

**Note: To properly compute, all shaded areas must include data, an amount, or zero**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: | 8/29/17 | Funding %: | 80% | Customer: | AMERICAN TANK | |
| Loan #: | 90866 | DDA acct # | ███████ | Approved Credit Line Amt. | (A) | 500,000.00 |

### Calculation of Acceptable Receivables

| | | | | |
|---|---|---|---|---|
| Total Amount of invoices outstanding (from aging) | | | | 331,298.76 |
| Minus: Invoices over 90 days | 78,554.53 | Credits items over 90 days | 39.45 | 78,593.98 |
| Minus: Concentrations/taint balance (calculated limits below) | | | | 2,322.00 |
| Minus: Inter-company Receivables (if any) | | | | |
| Minus: Foreign/International Receivables (if any) | | | | |
| Minus: Government and Agency Receivables | | | | |
| Sub-Total | | | | 250,382.78 |
| A/R eligible for funding at above rate | | | (B) | 200,306.22 |

### Calculation of Adjusted Loan Balance

| | | |
|---|---|---|
| Current Loan Balance | | 151,347.88 |
| Minus: Payments to be applied | | |
| Adjusted Loan Balance | (C) | 151,347.88 |

### Calculations of Concentration Limits

Single customer maximum per Policy (25%) — 82,824.69

(Note: Input Name, A/R amount, Board approved %)

| Customers with possible concentrations: | Total A/R | Board/Policy Approval % | Disallowed Amount |
|---|---|---|---|
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| taint balance: (Approved %) ACE MACHINE | 20% | calculated balance: 840.00 | 840.00 |
| FIELDWOOD | | 1,482.00 | 1,482.00 |
| | | | 0.00 |
| | | | 0.00 |
| Total disallowed amount | | | 2,322.00 |

### Final Calculation

| | |
|---|---|
| Receivables acceptable for funding (the smaller of Line A or B) | 200,306.22 |

**INVENTORY FUNDING CALCULATION:**

| | | | |
|---|---|---|---|
| Total inventory from B/S | | Allowed by Loan Agreement | |
| Allowable inventory limit | 0.00 | Percent allowed | 0.00 |
| Adjusted Loan Balance (Line C) | | | 151,347.88 |
| Borrower's Draw Request | | 48,000.00 | |
| Line Limit | | 48,958.34 | |
| Maximum Draw Amount (lesser of requested amt. or line limit, ) | | | 48,000.00 |

Calculated by: _[signature]_    Approved by: _[signature]_

**EXHIBIT A**

form latest revision: 9/17/2013



MIDSOUTH BANK
DATE 8/29/17

TOTAL AMOUNT $ 48000.00

DEBIT - LOANS / ARP TRANSACTIONS
ACCT
NAME American Tank
DESCRIPTION Loan #90866  Bal $151,347.88
Amt $600,000.  dep# 1113402
PREPARED IRVING (R   APPROVED
ACCOUNT NUMBER 90866

552

CHECKING DEPOSIT

CASH ✓
CHECKS
TOTAL FROM OTHER SIDE
SUB TOTAL
LESS CASH RECEIVED
$ 48,000.00

MIDSOUTH BANK
DATE 8/29/17
NAME American Tank
SIGN HERE FOR CASH RECEIVED (IF REQUIRED)
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT
ACCOUNT NUMBER

HARLAND CLARKE  M24184  70141642

## American Tank Company, Inc.
### Aged Receivables
### As of Aug 21, 2017

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer | Date | Date Due | Invoice/C | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|---|
| ACE MACHINE & F | 5/23/17 | 6/22/17 | 15117 | | | 420.00 | | 420.00 |
| | 6/7/17 | 7/7/17 | 15134 | | | 210.00 | | 210.00 |
| | 7/20/17 | 8/19/17 | 15178 | | 210.00 | | | 210.00 |
| | 7/21/17 | 8/20/17 | 15181 | | 210.00 | | | 210.00 |
| | 8/15/17 | 9/14/17 | 15215 | 210.00 | | | | 210.00 |
| ACE MACHINE & F | | | | 210.00 | 420.00 | 630.00 | | 1,260.00 |
| | | | | | | | | |
| ANGELINA TANK & | 7/25/17 | 8/24/17 | 15186 | 1,474.49 | | | | 1,474.49 |
| ANGELINA TANK & | | | | 1,474.49 | | | | 1,474.49 |
| | | | | | | | | |
| Anthony Brothers | 7/18/17 | 8/17/17 | 15169 | | 351.20 | | | 351.20 |
| | 8/15/17 | 9/14/17 | 15213 | 50.00 | | | | 50.00 |
| Anthony Brothers | | | | 50.00 | 351.20 | | | 401.20 |
| | | | | | | | | |
| AZTECA MILLING | 7/25/17 | 8/24/17 | 15184 | 7,663.70 | | | | 7,663.70 |
| AZTECA MILLING | | | | 7,663.70 | | | | 7,663.70 |
| | | | | | | | | |
| DIMENSION ENER | 7/6/17 | 8/5/17 | 15161 | | 24.98 | | | 24.98 |
| | 7/31/17 | 8/30/17 | 15194 | 762.45 | | | | 762.45 |
| | 7/31/17 | 8/30/17 | 15198 | 11,207.75 | | | | 11,207.75 |
| | 8/4/17 | 9/3/17 | 15201 | 2,762.50 | | | | 2,762.50 |
| | 8/17/17 | 9/16/17 | 15222 | 2,380.17 | | | | 2,380.17 |
| DIMENSION ENER | | | | 17,112.87 | 24.98 | | | 17,137.85 |
| | | | | | | | | |
| ES&C | 8/7/17 | 9/6/17 | 15209 | 8,934.00 | | | | 8,934.00 |
| | 8/17/17 | 9/16/17 | 15221 | 450.00 | | | | 450.00 |
| ES&C | | | | 9,384.00 | | | | 9,384.00 |
| | | | | | | | | |
| EXCEL FIRE PROT | 7/25/17 | 8/24/17 | 15172 | 4,655.18 | | | | 4,655.18 |
| | 8/7/17 | 9/6/17 | 15203 | 3,901.77 | | | | 3,901.77 |
| EXCEL FIRE PROT | | | | 8,556.95 | | | | 8,556.95 |
| | | | | | | | | |
| FIELDWOOD ENER | 4/12/17 | 6/11/17 | 15078 | | | | 10,284.73 | 10,284.73 |
| | 5/23/17 | 6/22/17 | 15115 | | | 30,854.19 | | 30,854.19 |
| | 7/25/17 | 8/24/17 | 15183 | 1,482.00 | | | | 1,482.00 |
| FIELDWOOD ENER | | | | 1,482.00 | | 30,854.19 | 10,284.73 | 42,620.92 |
| | | | | | | | | |
| FRANK'S INTERNA | 7/31/17 | 8/30/17 | 15197 | 4,360.00 | | | | 4,360.00 |
| FRANK'S INTERNA | | | | 4,360.00 | | | | 4,360.00 |
| | | | | | | | | |
| THE HILLSHIRE BR | 5/5/17 | 6/4/17 | 15132 | | | | 39,903.56 | 39,903.56 |
| | 5/30/17 | 6/29/17 | 15133 | | | 49,879.45 | | 49,879.45 |
| | 7/30/17 | 8/29/17 | CM14972 | -4,115.05 | | | | -4,115.05 |
| | 7/30/17 | 8/29/17 | CM15020 | -497.37 | | | | -497.37 |
| | 7/30/17 | 8/29/17 | CM15024 | -803.48 | | | | -803.48 |
| | 7/31/17 | 7/30/17 | CM14926 | -4,115.05 | | | | -4,115.05 |
| | 7/31/17 | 8/30/17 | 15193 | 9,975.89 | | | | 9,975.89 |
| THE HILLSHIRE BR | | | | 444.94 | | 49,879.45 | 39,903.56 | 90,227.95 |
| | | | | | | | | |
| HILCORP ENERGY | 5/20/17 | 6/19/17 | 15111 | | | | 3,059.23 | 3,059.23 |

**EXHIBIT B**

## American Tank Company, Inc.
### Aged Receivables
### As of Aug 21, 2017

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer | Date | Date Due | Invoice/C | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|---|
|  | 5/20/17 | 6/19/17 | 15112 |  |  |  | 1,461.38 | 1,461.38 |
| **HILCORP ENERGY** |  |  |  |  |  |  | 4,520.61 | 4,520.61 |
|  |  |  |  |  |  |  |  |  |
| HMC INC | 4/26/16 | 5/26/16 | 14811 |  |  |  | -39.45 | -39.45 |
| **HMC INC** |  |  |  |  |  |  | -39.45 | -39.45 |
|  |  |  |  |  |  |  |  |  |
| Hunt Oil | 8/7/17 | 9/6/17 | 15204 | 2,750.00 |  |  |  | 2,750.00 |
| **Hunt Oil** |  |  |  | 2,750.00 |  |  |  | 2,750.00 |
|  |  |  |  |  |  |  |  |  |
| J D Oilfield Supply L | 7/12/17 | 8/11/17 | 15167 |  | 168.00 |  |  | 168.00 |
|  | 7/31/17 | 8/30/17 | 15195 | 2,352.00 |  |  |  | 2,352.00 |
| **J D Oilfield Supply L** |  |  |  | 2,352.00 | 168.00 |  |  | 2,520.00 |
|  |  |  |  |  |  |  |  |  |
| JM EAGLE | 2/22/17 | 3/24/17 | 15040 |  |  |  | 32,475.00 | 32,475.00 |
| **JM EAGLE** |  |  |  |  |  |  | 32,475.00 | 32,475.00 |
|  |  |  |  |  |  |  |  |  |
| Marquis Resources | 7/31/17 | 9/14/17 | 15199 | 5,025.50 |  |  |  | 5,025.50 |
|  | 7/31/17 | 9/14/17 | 15200 | 1,409.33 |  |  |  | 1,409.33 |
| **Marquis Resources** |  |  |  | 6,434.83 |  |  |  | 6,434.83 |
|  |  |  |  |  |  |  |  |  |
| Motion Industries | 7/10/17 | 8/9/17 | 15165 |  | 7,170.33 |  |  | 7,170.33 |
| **Motion Industries** |  |  |  |  | 7,170.33 |  |  | 7,170.33 |
|  |  |  |  |  |  |  |  |  |
| NORTHERN OIL & |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| PITTS OILFIELD PR | 8/15/17 | 9/14/17 | 15217 | 16,561.20 |  |  |  | 16,561.20 |
|  | 8/15/17 | 9/14/17 | 15218 | 8,724.18 |  |  |  | 8,724.18 |
| **PITTS OILFIELD PR** |  |  |  | 25,285.38 |  |  |  | 25,285.38 |
|  |  |  |  |  |  |  |  |  |
| R360 ENVIRONME | 7/6/17 | 8/5/17 | 15162 |  | 11,416.63 |  |  | 11,416.63 |
|  | 7/6/17 | 8/5/17 | 15163 |  | 13,437.75 |  |  | 13,437.75 |
|  | 7/18/17 | 8/17/17 | 15174 |  | 3,960.31 |  |  | 3,960.31 |
|  | 7/18/17 | 8/17/17 | 15175 |  | 1,365.63 |  |  | 1,365.63 |
|  | 7/31/17 | 8/30/17 | 15196 | 10,537.24 |  |  |  | 10,537.24 |
|  | 8/15/17 | 9/14/17 | 15216 | 16,085.58 |  |  |  | 16,085.58 |
|  | 8/17/17 | 9/16/17 | 15220 | 11,059.38 |  |  |  | 11,059.38 |
|  | 8/21/17 | 9/20/17 | 15227 | 23,045.81 |  |  |  | 23,045.81 |
|  | 8/21/17 | 9/20/17 | 15228 | 44,365.18 |  |  |  | 44,365.18 |
| **R360 ENVIRONME** |  |  |  | 105,093.19 | 30,180.32 |  |  | 135,273.51 |
|  |  |  |  |  |  |  |  |  |
| Southeast Texas Oilf | 8/21/17 | 9/20/17 | 15226 | 1,750.00 |  |  |  | 1,750.00 |
| **Southeast Texas Oilf** |  |  |  | 1,750.00 |  |  |  | 1,750.00 |
|  |  |  |  |  |  |  |  |  |
| TERRA RENEWAL | 7/18/17 | 8/17/17 | 15176 |  | 14,437.57 |  |  | 14,437.57 |
|  | 7/25/17 | 8/24/17 | 15185 | 14,437.57 |  |  |  | 14,437.57 |
|  | 8/8/17 | 9/7/17 | 15211 | 6,738.73 |  |  |  | 6,738.73 |
|  | 8/8/17 | 9/7/17 | 15212 | 22,030.07 |  |  |  | 22,030.07 |
|  | 8/21/17 | 9/20/17 | 15229 | 22,030.07 |  |  |  | 22,030.07 |

# American Tank Company, Inc.
## Aged Receivables
### As of Aug 21, 2017

Filter Criteria Includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer | Date | Date Due | Invoice/C | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|---|
| TERRA RENEWAL | | | | 65,236.44 | 14,437.57 | | | 79,674.01 |
| Total Quality Logistic | | | | | | | | |
| WILLIAMS GAS PIP | 7/19/17 | 8/18/17 | 15177 | | 23,376.75 | | | 23,376.75 |
| | 7/20/17 | 8/19/17 | 15180 | | 23,376.75 | | | 23,376.75 |
| WILLIAMS GAS PIP | | | | | 46,753.50 | | | 46,753.50 |
| | | | | 259,640.79 | 99,505.90 | 81,363.64 | 87,144.45 | 527,654.78 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 17-51160 |
| **AMERICAN TANK COMPANY INC.** | § § § | (Chapter 11) |
| Debtor | § § | |

******************************************************************************

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion of Midsouth Bank, N.A. to prohibit Debtor's use of cash collateral and to allow continued segregation of pre-petition accounts receivable was served on September 8, 2017 by mail and/or electronically transmitted, via the Court's CM/ECF system, to the following:

**Counsel for the Debtor**
**William C. Vidrine**
Vidrine & Vidrine
711 West Pinhook Road
Lafayette, LA 70503
Email: williamv@vidrinelaw.com

**H. Kent Aguillard**
Counsel for Pittsburg Tank & Tower Company, Inc.
P.O. Box 391
Eunice, LA 70535

**Office of U. S. Trustee**
300 Fannin St., Suite 3196
Shreveport, LA 71101

RESPECTFULLY SUBMITTED,

ONEBANE LAW FIRM
A Professional Corporation

/s/ *Craig A. Ryan*
Craig A. Ryan, 20354
1200 Camellia Blvd., Suite 300
Lafayette, Louisiana 70508
(337) 237-2660
Attorney for MIDSOUTH BANK, N.A.