# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-51160 |
| | § | |
| AMERICAN TANK COMPANY INC. | § § § | (Chapter 11) |
| | § | |
| Debtor | § § | |

## NOTICE OF HEARING

To:

| | |
|---|---|
| **Counsel for the Debtor**<br>**William C. Vidrine**<br>Vidrine & Vidrine<br>711 West Pinhook Road<br>Lafayette, LA 70503<br>Email: williamv@vidrinelaw.com | **H. Kent Aguillard**<br>Counsel for Pittsburg Tank & Tower Company, Inc.<br>P.O. Box 391<br>Eunice, LA 70535 |
| **Office of U. S. Trustee**<br>300 Fannin St., Suite 3196<br>Shreveport, LA 7110 | |

THE HEARING ON THE MOTION TO PROHIBIT DEBTOR'S USE OF CASH COLLATERAL AND REQUEST FOR ORDER ALLOWING CONTINUED SEGREGATION OF PRE-PETITION ACCOUNTS RECEIVABLE FILED BY MIDSOUTH BANK, N.A. SHALL BE HEARD ON THE **3RD DAY OF OCTOBER, 2017, AT 10:00 A.M.** AT THE UNITED STATES BANKRUPTCY COURT, 214 JEFFERSON ST., SUITE 100, LAFAYETTE, LOUISIANA 70501.

RESPECTFULLY SUBMITTED,
ONEBANE LAW FIRM
A Professional Corporation

/s/ *Craig A. Ryan*
**Craig A. Ryan, 20354**
1200 Camellia Blvd., Suite 300
Lafayette, Louisiana 70508
(337) 237-2660
Attorney for MIDSOUTH BANK, N.A.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

In re: § Case No. 17-51160
§
AMERICAN TANK COMPANY § (Chapter 11)
INC. §
§
Debtor §

---

## CERTIFICATE OF SERVICE

I, CRAIG A. RYAN, hereby certify that I have notified the following interested parties of the filing of the Motion to Prohibit Debtor's Use of Cash Collateral and to Allow Continued Segregation of Pre-Petition Accounts Receivable by MIDSOUTH BANK, N.A. and the hearing date thereof as reflected on the foregoing notice to:

| Counsel for the Debtor<br>**William C. Vidrine**<br>Vidrine & Vidrine<br>711 West Pinhook Road<br>Lafayette, LA 70503<br>Email: williamv@vidrinelaw.com<br><br>**H. Kent Aguillard**<br>Counsel for Pittsburg Tank & Tower Company, Inc.<br>P.O. Box 391<br>Eunice, LA 70535 | **Office of U. S. Trustee**<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101 |
|---|---|

RESPECTFULLY SUBMITTED,

ONEBANE LAW FIRM
A Professional Corporation

/s/ Craig A. Ryan
**Craig A. Ryan, 20354**
1200 Camellia Blvd., Suite 300
Lafayette, Louisiana 70508
(337) 237-2660
Attorney for MIDSOUTH BANK, N.A.