**SO ORDERED.**

**SIGNED September 12, 2017.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA

**IN RE: AMERICAN TANK COMPANY, INC.**          **CASE NO:   17-51160**

**Debtor**                                                            **CHAPTER 11**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

The debtor, having filed a Motion to Set Last Day to File Proof of Claims, and the Court, having considered same:

IT IS ORDERED that the Motion is granted and the bar date shall be fixed as November 30, 2017.

###

This order was prepared and is being submitted by:
VIDRINE & VIDRINE
BY:   William C. Vidrine
       (21398)
       711 W. Pinhook Road
       Lafayette, LA 70503 (337) 233-5195