

FILED

SEP - 8 2017

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**

**MINUTE ENTRY**

**17-51160 American Tank Company, Inc.**       **Chapter: 11**

**Motion For Authority to Incur Priority Post Petition Priority
Debt with Administrative Claim Status on Emergency Basis**

**APPEARANCES:**

**William C. Vidrine representing American Tank Company, Inc.**
**Craig Ryan for MidSouth Bank**
**Kent Aguillard for Pittsburg Tank & Tower**

**RULING:** Motion is granted.

**ORDER TO BE PREPARED BY:** Parties

Date:  September 8, 2017